■ In the Matter of RUDOLPH J. LE PORE, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [934 NYS2d 917]—A certified copy of plea minutes having been filed showing that Rudolph J. LePore was convicted of promoting prison contraband in the first degree, he is disbarred and his name is stricken from the roll of attorneys Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.